File Date: October 16, 2024
Case Number: 24-cr-418
Judge Hector Gonzalez
Magistrate Judge Peggy Kuo

DIB
F. #2023R00421

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

CHENG WEI HUANG,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No. \_\_\_-\_\_\_\_\_(\_\_\_\_)

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant CHENG WEI HAUNG's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           October 16, 2024

                                    BREON PEACE
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                      By:    /s/ David I. Berman_____
                             David I. Berman
                             Assistant U.S. Attorney
                             (718) 254-6167

cc:    Clerk of the Court (by ECF and E-Mail)
       Defense Counsel (by ECF and E-Mail)