# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23 CR 418 |
| CHENG WEI HUANG | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHENG WEI HUANG.

Date: 10/21/2023

/s/PAUL A. GOLDBERGER
*Attorney's signature*

PAUL A. GOLDBERGER
*Printed name and bar number*

GOLDBERGER & DUBIN, P.C.
401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

GND401@AOL.COM
*E-mail address*

(212) 431-9380
*Telephone number*

(212) 966-0588
*FAX number*