# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHENG WEI HUANG<br>*Defendant* | )<br>)<br>) Case No. 23 CR 418<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CHENG WEI HUANG.

Date: 10/21/2023

/s/ Renee M. Wong
*Attorney's signature*

Renee M. Wong, Esq.
*Printed name and bar number*

401 BROADWAY, SUITE 306
NEW YORK, NEW YORK 10013
*Address*

Renee@WongLaw.net
*E-mail address*

(917) 701-0792
*Telephone number*

(212) 966-0588
*FAX number*