UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

UNITED STATES OF AMERICA

      -AGAINST-

Cheng Wei Huang,

----------------------------------------------------X

MATSUMOTO, District Judge

**ORDER OF REFERRAL**

23-CR-351 [KAM]

24-CR-418 [KAM]

The above-referenced criminal case is hereby referred to Magistrate Judge Vera M. Scanlon, for the following purposes.

☐   1.     To conduct arraignments;

√   2.     Upon application by a defendant for permission to enter a plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (a) determine if the plea is knowingly and voluntarily made and not coerced, and (b) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable;

☐   3.     With consent of the parties as indicated below, to select a jury of twelve with two alternates.

☐   4.     MOTION.

SO ORDERED.

KIYO A. MATSUMOTO.
United States District Judge
Dated: October 21, 2024
Brooklyn, N.Y.

*STIPULATED AND AGREED*, by and between the undersigned, counsel for respective parties:

_____

_____

**Defendant**

Dated:          Brooklyn, N.Y.

_____

_____

**Counsel for defendant**

_____

_____

**Assistant U.S. Attorney**

_____

_____

**UNITED STATES MAGISTRATE JUDGE**