UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,                    :

                                             :

                                             :      No.23 Crim.351 (KAM) (VMS)
        - against -                          :
                                                    24 Crim 418
                                             :

Cheng Wei Huang    Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Vera M. Scanlon, United States Magistrate Judge:**

### CONSENT TO HAVE A PLEA TAKEN BEFORE
### UNITED STATES MAGISTRATE JUDGE VERA M. SCANLON

     United States Magistrate Judge Vera M. Scanlon has informed me of my right to have my plea taken before a United States District Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned rather than the Magistrate Judge will conduct the plea allocution.

     After having discussed this matter fully with my counsel, I hereby consent to enter my plea before United States Magistrate Judge Vera M. Scanlon.

_____
Defendant

_____
Attorney for Defendant

By: _____
Assistant United States Attorney

Dated: ___11/6/24_____
Brooklyn, New York

s/VMS                                    USMJ
                                         11/6/24.